UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 DEC 15  PM 3:29

UNITED STATES OF AMERICA

v.

CASE NO. 3:08-cr-432-J-25JRK

18 U.S.C. §641

CORRI A. MOORE

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about September 1, 2006 ~~June~~ and on or about June 1, 2007, at or near Mayport, Florida, in the Middle District of Florida,

CORRI A. MOORE

the defendant herein, did knowingly and willfully embezzle, steal and convert to his own use and the use of another, property of the United States and a department and agency thereof, namely, salvaged non-precious metals belonging to the Department of the Navy, of a value less than $1,000.

In violation of Title 18, United States Code, Section 641.

A. BRIAN ALBRITTON
United States Attorney

By: _____
Ronald D. DeSantis
Special Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division